## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **CARLOS FLOWERS, and** | : | |
| **LATUARUS FLOWERS** | : | |
| **Individually, and as natural guardian,** | : | |
| **Of TOREY FLOWERS,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Civil Action File** |
| **vs.** | : | |
| | : | **No. _____** |
| **UNITED STATES OF AMERICA** | : | |
| **and JESSE S. SHEFFIELD,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## COMPLAINT FOR DAMAGES

COME NOW, Carlos Flowers and Latuarus Flowers individually, and as natural guardian of Torey Flowers, Plaintiffs in the above-styled civil action, by and through their undersigned counsel of record, and hereby file this Complaint for Damages against the United States of America, showing this Honorable Court the following:

1.

The injuries and damages sustained by the Plaintiffs, which form the subject matter of this action, occurred as a result of the negligent acts of a government employee acting within the scope of his employment and under circumstances in

which the Defendant would be liable to the Plaintiff as a private person under the law of the State of Georgia. Accordingly, the Defendant is subject to the jurisdiction and venue of this Honorable Court pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671 et seq., as the aforementioned negligent acts occurred in Bibb County, Georgia.

2.

This is an action for personal injuries, against the United States of America under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.* Jurisdiction is appropriate in this Court pursuant to 28 U.S.C. § 1346(b)(1). Venue is appropriate in this Court pursuant to 28 U.S.C. § 1402(b).

3.

Pursuant to Federal Rule of Civil Procedure 4(i), service of this lawsuit shall been effectuated by sending a copy of the summons and complaint, by certified mail, addressed to the Civil Process Clerk, at the office of the United States Attorney's Office, 300 Mulberry Street, Macon, Georgia 31201 and by sending a copy of the summons and complaint by certified mail, return receipt requested, to the Attorney General of the United States, Merrick Garland at the U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

4.

At all times relevant to this Complaint, Defendant Jesse S. Sheffield of the United States Postal Service was acting within the course and scope of his employment for the Defendant.

5.

Defendant, Jesse S. Sheffield, is a resident of Georgia and is therefore subject to the jurisdiction and venue of this Court.  Defendant Sheffield may be served with process at his current residential address, to wit: 8687 Skipper Road, Apt 1007, Macon, Georgia 31216.

6.

On or about May 5, 2020, at approximately 1:00 p.m., on 1900 Wesleyan Drive at The Fall at Spring Creek Apartments within Bibb County, Georgia, the Plaintiffs were seriously injured when his mail truck owned by the Defendant and operated by Jesse S. Sheffield of the United States Postal Service failed to yield the right of way to Plaintiffs' vehicle, which was stopped waiting for the exit gate to open.

7.

On May 5, 2020, Plaintiff Carlos Flowers was operating his car in a lawful and safe manner, and Plaintiff Torey Flowers was a lawful passenger.

8.

On May 5, 20202, while Plaintiffs were stopped waiting for the gate to open, Defendant Jesse S. Sheffield pulled off and hit the front end of the car being driven by Plaintiff Carlos Flowers, in which Plaintiff Torey Flowers was a passenger.

9.

Defendant Jesse S. Sheffield had a duty to operate the mail truck he was driving in a reasonable and safe manner, to avoid causing unnecessary harm to other motorist on the roadway, and to abide by the Georgia Uniform Rules of the Road.

10.

The collision was caused by the negligence of Jesse S. Sheffield, particularly in that he:

1.    Failing to yield the right of way to Plaintiff's vehicle,

2.    Failing to maintain a proper lookout for other vehicles on the roadway, and

3.    Violating other Georgia Uniform Rules of the Road.

11.

As a direct result of the collision, proximately caused by the negligence of Jesse S. Sheffield, while acting within the course and scope of his employment, the car Plaintiffs' Carlos and Torey Flowers occupied was struck by Jesse S. Sheffield.

12.

As a direct result of the collision, proximately caused by the negligence of Jesse S. Sheffield, while acting within the course and scope of his employment, Carlos Flowers and Torey Flowers have sustained serious injuries.

13.

Defendant is liable for the negligent acts of its employees and agents, including the negligent acts of Defendant Jesse S. Sheffield committed within the course and scope of his employment with the United States Postal Service.

14.

As a direct and proximate result of Defendant's negligence, Plaintiffs suffered general damages including, but not limited to, bodily injury, pain, suffering, and other harms and losses for which a recovery is allowed by law.

15.

As a direct result of the collision, proximately caused by the negligence of Jesse S. Sheffield, while acting within the course and scope of his employment, and as a direct result of the injuries suffered in said collision, Carlos Flowers' has incurred extensive medical expenses in excess of $1,000.00.

16.

As a direct result of the collision, proximately caused by the negligence of Jesse S. Sheffield, while acting within the course and scope of her employment, and

as a direct result of the injuries suffered in said collision, Latuarus Flowers, as Torey Flowers' mother, has incurred extensive medical expenses in excess of $1,000.00

17.

As a direct result of the collision, proximately caused by the negligence of Jesse S. Sheffield, while acting within the course and scope of his employment, Carlos Flowers and Torey Flowers have experienced physical pain and suffering.

18.

Each negligent act of Jesse S. Sheffield, while acting within the course and scope of his employment, or a combination thereof, was the direct and proximate cause of the collision and the physical injuries and damages suffered by Carlos Flowers and Torey Flowers.

WHEREFORE, the Plaintiff respectfully prays:

a. That summons be issued and that Defendant be served as provided by law;

b. That judgment be rendered for the Plaintiffs against Defendants in such amount a fair and impartial jury may determine;

c. That all costs of this action be cast upon the Defendants; and

d. That Plaintiff have such other and further relief as this Court may deem just and proper.

*(SIGNATURE TO FOLLOW ON NEXT PAGE)*

This __4ᵗʰ__ Day of __May__, 2022.

David Dozier
GA Bar No. 228898
Eric Alvarez
GA Bar No. 477573
*Attorneys for Plaintiff*

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, GA 31202-0013
P: (478) 742-8441
F: (478) 845-4838
david@dozierlaw.com
eric@dozierlaw.com

## PLEASE HAVE THE SHERIFF SERVE THE DEFENDANT AT THE FOLLOWING:

Jesse S. Sheffield
8687 Skipper Road, Apt 1007
Macon, Georgia 31216