# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| CARLOS FLOWERS, and<br>LATUARUS FLOWERS<br>Individually, and as natural guardian,<br>Of TOREY FLOWERS,<br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>and JESSE S. SHEFFIELD,<br><br>　　　　Defendants. | Civil Action File<br><br>No. **5:22-CV-00173** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiffs, by counsel, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and voluntarily dismisses the above action, without prejudice, and files this notice of dismissal with the Clerk of the above-entitled court before service by either defendant on plaintiffs of either an answer or a motion for summary judgment.

Respectfully submitted this 6th day of May, 2022.

{SIGNATURE ON NEXT PAGE}

1

/s/ Eric Alvarez
_____
Eric Alvarez
GA Bar No. 477573
*Attorney for Plaintiff*

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, GA 31202-0013
P: (478) 742-8441
F: (478) 845-4838
eric@dozierlaw.com